Submitted March 27, affirmed April 24, 2013

STATE OF OREGON,
*Plaintiff-Respondent,*

*v.*

BENJAMIN CRUZ,
*Defendant-Appellant.*

Washington County Circuit Court
C111731CR; A150146

300 P3d 309

Peter Gartlan, Chief Defender, and Andrew D. Robinson, Deputy Public Defender, Office of Public Defense Services, filed the brief for appellant.

Ellen F. Rosenblum, Attorney General, Anna M. Joyce, Solicitor General, and Doug M. Petrina, Senior Assistant Attorney General, filed the brief for respondent.

Before Ortega, Presiding Judge, and Sercombe, Judge, and Hadlock, Judge.